■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY WILLIAMS, Appellant.—Judgment unanimously affirmed. Memorandum: The court properly denied defendant's speedy trial motion. The People's delay in requesting a mental

examination of the defendant did not render ineffective the People's announcement of readiness for trial *(see, People v Kendzia,* 64 NY2d 331, 337) and, when added to the other time chargeable to the People, did not exceed the statutory period *(see,* CPL 30.30 [1] [a]; *People v Anderson,* 66 NY2d 529). The court, after weighing the factors identified in *People v Taranovich* (37 NY2d 442, 445), properly determined that defendant's constitutional right to a speedy trial was not violated. It was also proper for the court to permit the People a second mental examination of defendant *(see,* CPL 250.10 [3]; *People v Cerami,* 33 NY2d 243, 248, *rearg denied* 34 NY2d 755; *Matter of Lee v County Ct.,* 27 NY2d 432). We have considered defendant's remaining claims and find that they lack merit. (Appeal from judgment of Supreme Court, Monroe County, Mark, J.—robbery, first degree, and other charges.) Present— Dillon, P. J., Denman, Green, Pine and Balio, JJ.